```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
```

JAMES R. GONZALEZ, JR.,

        Plaintiff,

vs.                              Case No. 07-CV-13921
                                HON. GEORGE CARAM STEEH

THE OHIO CASUALTY INS. CO.,

        Defendant.

_____/

## ORDER DISMISSING SEPTEMBER 20, 2007 SHOW CAUSE ORDER (#2)

On September 20, 2007, plaintiff James Gonzalez was ordered to show cause by October 12, 2007 why this case should not be dismissed for lack of federal subject matter jurisdiction in the absence of allegations sufficient to ascertain defendant Ohio Casualty Insurance Company's (OCIC) principal place of business and thus establish complete diversity. See 28 U.S.C. § 1332(a)(1), (c)(1); JP Morgan Chase Bank v. Traffic Steam (BVI) Infrastructure Ltd., 536 U.S. 88, 91 (2002). Plaintiff, a Michigan citizen, filed a timely response on September 24, 2007 affirmatively stating that OCIC is an Ohio corporation with its principal place of business in Ohio. Plaintiff has thus shown cause by alleging sufficient facts to establish complete diversity in this lawsuit. See Owen Equipment and Erection Co. v. Kroger, 437 U.S. 365, 373 (1978). Accordingly,

The court's order requiring plaintiff to show cause is hereby DISMISSED.

SO ORDERED.

Dated: September 25, 2007

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 25, 2007, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk