UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMES R. GONZALEZ, JR.,

    Plaintiff,

vs.

THE OHIO CASUALTY INSURANCE COMPANY,
an Ohio Corporation

    Defendant.

Case No. 2:07-cv-13921
Hon. George Caram Steeh

| PAUL F. DOHERTY (P36579) | LARRY DAVIDSON (P26423) |
|---|---|
| Morris & Doherty, P.C. | Harvey Kruse PC |
| Attorney for Plaintiff | Attorney for Defendant |
| 300 Park, Suite 485 | 1050 Wilshire Dr., Suite 320 |
| Birmingham, MI 48009 | Troy, MI 48084 |
| (248) 642-0300 | (248) 649-7800 |

## ORDER EXTENDING DISPOSITIVE MOTION DUE DATE

The Court having read the Stipulation of the parties and being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that the due date for dispositive motions is extended to August 29, 2008. All other dates in the Court's Revised Scheduling Order will remain the same.

                                        s/George Caram Steeh
                                        UNITED STATES DISTRICT JUDGE

Dated: July 25, 2008